UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV22-07464 JAK (PDx) | Date | April 25, 2023 |
| Title | MPI LLC v. Sorting Robotics, Inc. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING PRETRIAL DEADLINES (DKT. 82)**

The Court has reviewed the parties' February 10, 2023 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 28, 2023 | Exchange of claim terms |
| April 11, 2023 | Exchange of proposed constructions and evidence |
| April 27, 2023 | Last day to amend pleadings, amend invalidity contentions, or add parties |
| May 9, 2023 | Complete claim construction discovery |
| May 16, 2023 | Joint Markman prehearing statement |
| May 23, 2023 | Simultaneous opening Markman briefs |
| June 6, 2023 | Simultaneous responding Markman briefs, tutorials, and presentation materials |
| July 10, 2023 | Markman hearing |
| August 16, 2023 | Last day to participate in a settlement conference |
| August 18, 2023 | Last day to file notice of settlement / joint report regarding settlement |
| August 28, 2023 at 11:30 a.m. | Post Mediation Status Conference |
| September 5, 2023 | Patentee files final infringement contentions, expert reports on issues where patentee has the burden of proof, and all parties file advice of counsel disclosures. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV22-07464 JAK (PDx) | Date | April 25, 2023 |
| Title | MPI LLC v. Sorting Robotics, Inc. | | |

| | |
|---|---|
| October 3, 2023 | Accused infringer files final invalidity contentions, rebuttal expert reports, and opening expert reports where accused infringer has the burden of proof. |
| October 31, 2023 | Patentee files rebuttal expert reports on issues where accused infringer has burden of proof. |
| December 12, 2023 | Discovery cut-off |
| January 16, 2024 | Last date to file all motions |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court directs the parties to participate in a settlement conference with Ms. Diane Faber from the Court's Mediation Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on August 28, 2023, if such notice is filed on or before August 18, 2023. If a notice of settlement is not filed, counsel shall file a joint report by August 18, 2023, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

                                                                                        :

Initials of Preparer      tj